**Order entered November 29, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00022-CV

**DEEPA CHINTAM A/K/A DEEPA ADEMA, Appellant**

**V.**

**BHOOMANNA CHINTAM, Appellee**

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-19-15178**

### ORDER

By order dated November 14, 2022, we ordered a supplemental clerk's record to be filed and granted appellant's November 10 motion for an extension of time to file an amended brief. The supplemental clerk's record has been filed and appellant's amended brief is due November 30. Before the Court is appellee's November 17, 2022 response opposing appellant's motion which we construe as a motion to reconsider our November 14 order. We **DENY** the motion.

/s/    BILL PEDERSEN, III
        JUSTICE